Kilday, directly implicating him, was altogether circumstantial. Since John Kilday at appellant's trial repudiated portions of his earlier statement to agents of the FBI as faction, appointed counsel for Kilday earnestly urges, in brief and on oral argument, that the evidence was insufficient to support the conviction.

Our appraisal of the record, however, is that there was proof which pointed inexorably to guilt, if the jury chose to believe it. The Jury so decided, and the judgment is

Affirmed.

Asst. Atty. Gen., Jackson, Miss., for defendants-appellants.

Melvyn R. Leventhal, Fred L. Banks, Jackson, Miss., Michael B. Trister, Washington, D. C., Jack Greenberg, Norman Chachkin, New York City, for plaintiffs-appellees.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM.

Affirmed. See Local Rule 21.[1]

Willie Reed **TAYLOR** et al., Plaintiffs-Appellees,

v.

The **COAHOMA COUNTY SCHOOL DISTRICT** et al., Defendants-Appellants.

No. 71–1435.

United States Court of Appeals, Fifth Circuit.

June 16, 1971.

Alexander D. **McNABB,** Plaintiff-Appellant,

v.

Elliott L. **RICHARDSON,** Secretary of the Department of Health, Education and Welfare, Defendant-Appellee.

No. 71–1494
Summary Calendar.[*]

United States Court of Appeals, Fifth Circuit.

June 25, 1971.

Rehearing Denied July 16, 1971.

See also D.C., 330 F.Supp. 174.

William H. Maynard, William R. Bradley, Clarksdale, Miss., William A. Allain,

Alexander D. McNabb, pro. se.

Eldon B. Mahon, U. S. Atty., Dallas, Tex., Kathryn H. Baldwin, Appellate Section, Civil Div., Thomas J. Press, Attys., Dept. of Justice, Washington,

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.